People of the State of Illinois, Plaintiff-Appellee, v. Robert Pollacheck, et al., Defendants-Appellants.

Gen. Nos. 50,214, 50,215, 50,217, 50,218 and 50,222.

First District, Third Division.

May 4, 1967.

Joseph I. Bulger, of Chicago, for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Joel M. Flaum and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.